Filed 7/2//26  P. v. Gallegos CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JAIME GALLEGOS,<br><br>    Defendant and Appellant. | 2d Crim. No. B342363<br>(Super. Ct. No. 2023014890)<br>(Ventura County) |

Appellant Jaime Gallegos challenges the trial court's restitution order, requesting our independent review under *People v. Wende* (1979) 25 Cal.3d 436.

Gallegos worked for the Ventura Unified School District as a campus supervisor for Ventura High School.  He was accused of charging the Oxnard Soccer Association and the United Premier Veterans Soccer League improperly for field reservations for their soccer games.

The Ventura County District Attorney filed a seven-count complaint alleging Gallegos committed three felony counts of

grand theft (Pen. Code[1], § 487, subd. (a)), counts 1, 2, and 5; two felony counts of unauthorized use of personal identifying information of another (§ 530.5, subd. (a)), counts 3 and 4; and two misdemeanor counts of forgery (§ 470, subd. (d)), counts 6 and 7.

Gallegos pled guilty to count 1 pursuant to a plea bargain. The trial court suspended imposition of sentence, placed Gallegos on probation for two years, and ordered him to serve 150 days in jail as a condition of probation. The court also ordered Gallegos to pay restitution of $9,083.85 to the Oxnard Soccer Association and $3,232.95 to the United Premier Veterans Soccer League. This is the order he challenges.

On March 12, 2026, Gallegos's appointed counsel filed a brief pursuant to *People v. Wende, supra,* 25 Cal.3d 436. The brief included a declaration stating counsel had written to Gallegos, explained the brief counsel was filing, and informed him of his right to file a supplemental brief. On March 12, 2026, we advised Gallegos by mail that he had 30 days to file a supplemental brief raising any issues he wished us to consider. We did not receive a response.

We have reviewed the entire record and are satisfied no arguable issue exists. (*People v. Wende*, *supra*, 25 Cal.3d at pp. 441-443.) The restitution order is affirmed.

NOT TO BE PUBLISHED.


CODY, J.

We concur:


YEGAN, Acting P. J.          BALTODANO, J.

---

[1] Undesignated statutory references are to the Penal Code.

2

Catherine M. Voelker, Judge
Superior Court County of Ventura

_____

Jason Szydlik, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.